[No. 24274-5-II.   Division Two.   July 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD D. JOHN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 97-1-00292-3, James B. Sawyer II, J., entered January 21, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 24278-8-II.   Division Two.   July 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD D. JOHN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 97-1-00282-6, James B. Sawyer II, J., entered January 21, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 24496-9-II.   Division Two.   July 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL LEWIS RICHARDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 96-1-00007-7, George L. Wood, J., entered March 26, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 24019-0-II.   Division Two.   July 28, 2000.]

*In the Matter of the Marriage of* KENNETH J. LEWIS, *Appellant*, and KIM E. LEWIS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-3-00179-4, Richard D. Hicks, J., entered October 2, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Morgan, J.